UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SANDRA BEST,

    Plaintiff,

v.                                                      Case No: 6:25-cv-279-JSS-UAM

HILTON GRAND VACATIONS, INC.,

    Defendant.
_____/

**<u>ORDER</u>**

      The parties have filed a joint Stipulation to Arbitrate Claims Pursuant to the Parties' Arbitration Agreement. (Dkt. 7.) The parties note that, in the purchase agreement at issue in this matter, they "agreed to arbitrate all claims." (*Id.* at 1; *see* Dkt. 1-4 at 8–9.) They ask the court to stay this matter during the arbitration proceedings. (Dkt. 7 at 2 (citing 9 U.S.C. § 3).)

      There is a "liberal federal policy favoring arbitration agreements." *Burch v. P.J. Cheese, Inc.*, 861 F.3d 1338, 1346 (11th Cir. 2017) (quoting *Caley v. Gulfstream Aerospace Corp.*, 428 F.3d 1359, 1367 (11th Cir. 2005)). Further, "district courts enjoy broad discretion in deciding how best to manage the cases before them." *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997).

      Accordingly:

1. In light of the parties' joint Stipulation to Arbitrate Claims Pursuant to the Parties' Arbitration Agreement, (Dkt. 7), the parties are **DIRECTED** to arbitrate this dispute pursuant to the arbitration provision in their agreement.

2. The case is **STAYED** pending the completion of arbitration. Within one week of the resolution of the arbitration proceedings, the parties shall file a status update with the court.

3. The Clerk is **DIRECTED** to terminate all pending motions and deadlines and to administratively close this case.

**ORDERED** in Orlando, Florida, on February 28, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record